UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

**ORDER**
13-CR-211-A

JAMES MAZZARIELLO, JR.

Defendant.

---

The Defendant, James Mazzariello, Jr., has filed a motion requesting an additional two weeks within which to self-surrender to the United States Bureau of Prisons. Dkt. No. 253. The Defendant is currently scheduled to self-surrender on July 30, 2018. In light of the Defendant's motion, it is hereby

**ORDERED** that the motion of James Mazzariello, Jr. for a delay of self-surrender is granted. Thus, Defendant Mazzariello should be notified by the Bureau of Prisons of his new date to self-surrender on or after August 13, 2018, as soon as he is re-designated for surrender.

**IT IS SO ORDERED.**

Dated: July 24, 2018

HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE